No. 375. YUK PING, ALIAS LEE SO MUI, APPELLANT, *v.* LUTHER C. STEWARD and H. EDSELL. Appeal from the Circuit Court of the United States for the Northern District of California. Motion to affirm submitted November 18, 1912. Decided December 2, 1912. *Per Curiam:* Judgment affirmed on the authority of *Low Wah Suey* v. *Backus,* 225 U. S. 460, and cause remanded to the District Court of the United States for the Northern District of California. *Mr. Carroll Cook* and *Mr. Corry M. Stadden* for the appellant. *The Attorney General, The Solicitor General,* and *Mr. Assistant Attorney General Harr* for the appellees.

---

No. 760. F. B. WILLIAMS CYPRESS COMPANY, LIMITED, PLAINTIFF IN ERROR, *v.* THE STATE OF LOUISIANA. In error to the Supreme Court of the State of Louisiana. Motion to dismiss submitted December 2, 1912. Decided December 9, 1912. *Per Curiam :* Dismissed for the want of jurisdiction on the authority of *Appleby* v. *Buffalo,* 221 U. S. 524, 529, and cases cited. *Mr. Charlton R. Beattie* for the plaintiff in error. *Mr. Charles T. Wortham* for the defendant in error.